UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAIGE NEUFELD,<br><br>                Plaintiff,<br>    v.<br><br>FIRST NATIONAL INSURANCE COMPANY OF AMERICA,<br><br>                Defendant. | CASE NO. 2:25-cv-00114-LK<br><br>ORDER OF DISMISSAL |

      This matter comes before the Court on the parties' Stipulated Motion of Dismissal. Dkt. No. 15. Pursuant to the parties' stipulation, this action is hereby DISMISSED with prejudice and without court-ordered costs or attorney's fees to any party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

      Dated this 28th day of July, 2025.

                                                              Lauren King
                                                              United States District Judge